**FILED**

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0603

# SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0603

NORVAL ELECTRIC COOPERATIVE INC.,

Appellant/Cross-Appellee

v.

SHALAINE LAWSON,

Appellee/Cross-Appellant

_____

**PROPOSED ORDER ON APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION TO SUSPEND DUE DATE FOR COMBINED RESPONSE AND CROSS-APPEAL UNTIL COURT'S RECORD IS COMPLETE**

_____

Upon consideration of Appellee/Cross-Appellant's unopposed motion to suspend the due date for her combined response and cross-appeal until this Court's record is complete, and good cause appearing therefor,

IT IS HEREBY ORDERED that the April 25, 2022, due date for Appellee/Cross-Appellant's combined response and cross-appeal is suspended and that said brief will be due within 30 days of this Court's receiving the boxes of file materials from the Valley County Clerk of Court and filing said information into this Court's record.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022